**FILED**

SEP 2 8 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 Frank Woodson
Navan Ward
2 BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
3 218 Commerce Street
P.O. Box 4160
4 Montgomery, Alabama 36103
Telephone: 334-269-2343
5 Facsimile: 334-954-7555
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 05-4603 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Sheila M. Blevins, as wrongful death Beneficiary of the Estate of Troy Lee Blevins, deceased,<br><br>            Plaintiff<br><br>vs.<br><br>G.D. Searle, LLC, et al.,<br><br>            Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42634470.1

| | | |
|---|---|---|
| DATED: 12·17, 2009 | By: | *Navan Ward F.* (signature) |

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Aug 27, 2010    By: _(signature)_

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET ~~FORTH IN~~ THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: 9-28-2010

_____
Hon. Charles R. Breyer
United States District Court

-2-